# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**v.**                  **Case No. 2:16-cv-00051 KGB**

**MARK KNIGHT,** *et al.*                                                   **DEFENDANTS**

## **ORDER**

On March 27, 2018, the Court entered a default judgment in favor of plaintiff the United States (Dkt. No. 27). On May 6, 2019, the Court entered an Order approving marshal's deed, an Order of distribution, and an Order confirming marshal's sale (Dkt. Nos. 31, 32, 33). Through informal communication with the Court on August 19, 2019, the parties indicated that they had no objection to the Court closing the case. Accordingly, judgment having been entered and the United States Marshal's sale having been completed, the Court directs the Clerk to close this file.

It is so ordered this 26th day of August, 2019.

                                                             Kristine G. Baker
                                                             United States District Judge